# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:09-cv-02396-JEC
## C5 Advisors, LLC v. Debartolo Development, LLC
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Chambers on 09/16/2009.

TIME COURT COMMENCED: 11:50 A.M.
TIME COURT CONCLUDED: 12:35 P.M.
TIME IN COURT: 00:45

COURT REPORTER: David Ritchie
DEPUTY CLERK: Dee-dee McGoldrick

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Marquardt representing C5 Advisors, LLC<br>David Stewart representing C5 Advisors, LLC<br>Caroline Tanner representing Debartolo Development, LLC<br>\*\* Sarah Leopold on behalf of defendant. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Court and Counsel discuss Emergency Motion to Expedite Discovery [15] and Court does not feel discovery needs to be expedited at this point in the case. Parties are directed to draft a scheduling order for the Judge's signature. |
| HEARING STATUS: | Hearing Concluded |